**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-319 (MTT) |
| **$19,054.00 IN UNITED STATES FUNDS,** | ) |
| **Defendant Property.** | ) |

## ORDER

This matter is before the Court on Motion to Dismiss Action for Failure to State a Claim Upon Which Relief May be Granted (Doc. 8) (the "Motion") filed by Claimant Yoelkys Martinez. For the following reasons, the Motion is denied.

The Claimant's Motion is clearly deficient. The Claimant ignored the requirements of Local Rule 7.1, which requires "every motion filed in a civil proceeding . . . [to] be accompanied by a memorandum of law citing supporting authorities." The Motion is barely a page and a half long, is not supported by any memorandum of law and provides no legal citations that support the relief requested by the Claimant. Moreover, the Claimant appears to go outside the pleadings for factual support for his Motion (without any supporting affidavits), something that is more appropriate on a motion for summary judgment. Even when the Plaintiff filed a thorough, well-reasoned Response which provided citations to legal authority supporting its position, the Claimant did not file a reply or attempt to introduce legal authority of his own.

The Claimant has shown no reason why this Court should dismiss the Complaint. Therefore, his Motion (Doc. 8) is **DENIED**.

**SO ORDERED**, this the 23rd of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch