IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-319 (MTT) |
| ) | |
| $19,054.00 IN UNITED STATES FUNDS, ) | |
| ) | |
| Defendant Property. ) | |
| ) | |

## ORDER

This matter is before the Court on further consideration of the Claimant's Counsel's Motion to Withdraw as Attorney. (Doc. 14). For the following reasons, the Court orders the Claimant's former counsel, Jacob Stidham, to respond to the Claimant's Objection to his Motion to Withdraw. (Doc. 15).

On August, 23, 2011, Jacob Stidham submitted a Motion to Withdraw as Attorney, alleging several reasons for his withdrawal, including his client's incarceration in another state. The Court entered a text order on August 25, 2011 granting Stidham's Motion. Subsequently, his client, the Claimant in the above-styled case, filed an objection to his withdrawal. The Court now orders Jacob Stidham to file a response to the Claimant's Objection to his withdrawal no later than October 14, 2011.

**SO ORDERED**, this 29th day of September, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT