IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $19,054.00 IN UNITED STATES FUNDS, ) <br> ) <br> Defendant Property. ) <br> ) | CIVIL ACTION NO. 5:10-CV-319 (MTT) |

## ORDER

This matter is before the Court on further consideration of the Claimant's Counsel's Motion to Withdraw as Attorney, and the Claimant's subsequently filed objection to Counsel's withdrawal.  (Docs. 14, 15).  On September 29, 2011, the Court entered a text order (Doc. 18) requiring the Claimant's former counsel, Jacob Stidham, to file a response to the Claimant's objection.  On October 6, 2011, Stidham responded to the Claimant's objection.  (Doc. 20).  After reviewing both the Claimant's objection and Stidham's response to the Claimant's objection, the Court sees no reason to modify the August 25, 2011 Order allowing Attorney Jacob Stidham to withdraw as Claimant's counsel in this case.  Accordingly, Stidham's Motion to Withdraw as Attorney remains **GRANTED**.

SO ORDERED, this 11th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT